# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: GILBERTSON, RITA C | § | Case No. 14-81710 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JOSEPH D. OLSEN_____, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
 327 South Church Street, Room #1100
 Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee. A hearing on the fee applications and any objection to the Final
Report will be held at 09:30am on 03/21/2016 in Courtroom 3100, United States Courthouse,
327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 02/25/2016        By: /s/JOSEPH D. OLSEN_____
                                                              Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: GILBERTSON, RITA C § | Case No. 14-81710 |
| § | |
| § | |
| § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 6,935.10 |
| *and approved disbursements of* | $ 131.42 |
| *leaving a balance on hand of* [1] | $ 6,803.68 |
| **Balance on hand:** | $ 6,803.68 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 6,803.68 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,443.51 | 0.00 | 1,443.51 |
| Trustee, Expenses - JOSEPH D. OLSEN | 48.24 | 0.00 | 48.24 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,417.50 | 0.00 | 1,417.50 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 2,909.25 |
| Remaining balance: | $ | 3,894.43 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,894.43

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 3,894.43

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 94,519.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 12,862.15 | 0.00 | 529.95 |
| 2 | Byron Bank | 81,657.19 | 0.00 | 3,364.48 |

Total to be paid for timely general unsecured claims: $ 3,894.43
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 14-81710-TML
Rita C Gilbertson                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: ldixon              Page 1 of 2           Date Rcvd: Feb 29, 2016
                              Form ID: pdf006           Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2016.
```
db           #+Rita C Gilbertson,    8451 Mitchell Rd,    Machesney Park, IL 61115-7659
21983613     +American Airlines Credit Union,    Box 619001,    Dallas, TX 75261-9001
21983615    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,     P.O. Box 982236,    El Paso, TX 79998)
21983614     +Bac/fleet-bkcard,    200 Tournament Dr,    Horsham, PA 19044-3606
21983616      Bank Of America,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
21983617     +Byron Bank,    200 N. Walnut St,    Byron, IL 61010-8803
22331954     +Byron Bank,    c/o Devin Noble,    Hinshaw & Culbertson LLP,    100 Park Avenue,
               Rockford,IL 61101-1099
21983625    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citibank Sd, Na,     Attn: Centralized Bankruptcy,    Po Box 20363,
               Kansas City, MO 64195)
21983619     +Cap1/bergn,    Po Box 5253,    Carol Stream, IL 60197-5253
21983620     +Cap1/bstby,    Po Box 5253,    Carol Stream, IL 60197-5253
21983621     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
21983623     +Chase-pier1,    Po Box 15298,    Wilmington, DE 19850-5298
21983624     +Chester Chostner,    One Court Place Suite 204,    Rockford, IL 61101-1088
21983626     +Codilis & Associates,    15W030 North Frontage Rd Suite 100,    Willowbrook, IL 60527-6921
21983627     +Comenity Bank/Victorias Secret,    Attn. Bankruptcy,    P.O. Box 182686,
               Columbus, OH 43218-2686
21983629     +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
21983633     +Hinshaw & Culbertson,    100 Park Av,    Rockford, IL 61101-1099
21983634     +Howard Gilbertson (x-husband),     6442 Edgewood Rd,    Machesney Park, IL 61115-7648
21983635     +Hsbc/biglt,    Attention: HSBC Retail Services,    Po Box 5264,    Carol Stream, IL 60197-5264
21983636     +Hsbc/bsbuy,    Po Box 30253,    Salt Lake City, UT 84130-0253
21983637     +Kim McKenzie,    308 W. State St Suite 95,    Rockford, IL 61101-1139
21983640     +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
21983641      Slumberland,    Cscl Dispute Team,    Des Moines, IA 50306
21983642     +Target Credit Card (TC),     C/O Financial & Retail Services,    Mailstop BT    P.O. Box 9475,
               Minneapolis, MN 55440-9475
21983643     +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
21983644    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: Us Bank/na Nd,     4325 17th Ave S,    Fargo, ND 58125)
21983645     +Victoria’s Secret,    Attention: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
21983646     +Wells Fargo Card Ser,    1 Home Campus,    3rd Floor,    Des Moines, IA 50328-0001
21983647     +Wffnatbank,    Bankruptcy,    4137 121st St,    Urbandale, IA 50323-2310
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22180147         E-mail/Text: mrdiscen@discover.com Mar 01 2016 02:45:20      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
21983628        +E-mail/Text: mrdiscen@discover.com Mar 01 2016 02:45:20      Discover Fin Svcs Llc,
                 Po Box15316,    Wilmington, DE 19850-5316
21983631        +E-mail/PDF: gecsedi@recoverycorp.com Mar 01 2016 02:38:08      GECRB/JC Penny,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
21983630        +E-mail/PDF: gecsedi@recoverycorp.com Mar 01 2016 02:37:30      Gecrb/care Credit,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
21983632        +E-mail/PDF: gecsedi@recoverycorp.com Mar 01 2016 02:38:08      Gecrb/mervyns,    Po Box 965005,
                 Orlando, FL 32896-5005
21983638        +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 01 2016 02:45:36      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
21983639        +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 01 2016 02:45:36      Kohls/chase,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21983618*       +Byron Bank,    200 N. Walnut St,    Byron, IL 61010-8803
21983622*       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
                                                                                   TOTALS: 0, * 2, ## 0
```
Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ‘#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-3          User: ldixon              Page 2 of 2              Date Rcvd: Feb 29, 2016
                              Form ID: pdf006           Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2016                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2016 at the address(es) listed below:
          Craig A Willette    on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
          Eric   Pratt    on behalf of Debtor 1 Rita C Gilbertson rockford@jordanpratt.com
          Gloria C  Tsotsos    on behalf of Creditor    Byron Bank nd-two@il.cslegal.com
          Joseph D Olsen    Jolsenlaw@comcast.net, IL46@ECFCBIS.com
          Joseph D Olsen    on behalf of Trustee Joseph D Olsen jolsenlaw@aol.com,
           G28896@notify.cincompass.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                             TOTAL: 6
```