# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: GILBERTSON, RITA C § Case No. 14-81710
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $506,676.00          Assets Exempt: $294,676.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,894.43     Claims Discharged
                                               Without Payment: $90,624.91

Total Expenses of Administration: $3,040.67

3) Total gross receipts of $ 6,935.10 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,935.10 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $187,082.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,040.67 | 3,040.67 | 3,040.67 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 94,519.34 | 94,519.34 | 3,894.43 |
| **TOTAL DISBURSEMENTS** | $187,082.00 | $97,560.01 | $97,560.01 | $6,935.10 |

4) This case was originally filed under Chapter 7 on May 28, 2014. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/14/2016          By: /s/JOSEPH D. OLSEN
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| whole life policy w/ Principal Ins. Co | 1129-000 | 6,935.10 |
| **TOTAL GROSS RECEIPTS** | | **$6,935.10** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | American Airlines Credit Union | 4110-000 | 14,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Byron Bank | 4110-000 | 160,347.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 4110-000 | 12,735.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$187,082.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,443.51 | 1,443.51 | 1,443.51 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 48.24 | 48.24 | 48.24 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,417.50 | 1,417.50 | 1,417.50 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.62 | 10.62 | 10.62 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 8.72 | 8.72 | 8.72 |
| Rabobank, N.A. | 2600-000 | N/A | 10.57 | 10.57 | 10.57 |
| Rabobank, N.A. | 2600-000 | N/A | 10.21 | 10.21 | 10.21 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.51 | 10.51 | 10.51 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.79 | 10.79 | 10.79 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,040.67 | $3,040.67 | $3,040.67 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 12,862.15 | 12,862.15 | 529.95 |
| 2 | Byron Bank | 7100-000 | N/A | 81,657.19 | 81,657.19 | 3,364.48 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $94,519.34 | $94,519.34 | $3,894.43 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-81710  
**Case Name:** GILBERTSON, RITA C

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 05/28/14 (f)  
**§341(a) Meeting Date:** 07/10/14

**Period Ending:** 04/14/16

**Claims Bar Date:** 10/16/14

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 8451 Mitchell Rd Machensey Park IL | 195,000.00 | 0.00 | | 0.00 | FA |
| 2 | checking account with Wells Fargo | 500.00 | 0.00 | | 0.00 | FA |
| 3 | savings account w/ American Airlines Credit Unio | 1,500.00 | 0.00 | | 0.00 | FA |
| 4 | checking account w/ Associated Bank | 500.00 | 0.00 | | 0.00 | FA |
| 5 | household goods misc personal items | 800.00 | 0.00 | | 0.00 | FA |
| 6 | necessary wearing apparel | 400.00 | 0.00 | | 0.00 | FA |
| 7 | misc costume jewelry wedding rings/watches | 250.00 | 0.00 | | 0.00 | FA |
| 8 | whole life policy w/ Principal Ins. Co | 9,551.00 | 6,000.00 | | 6,935.10 | FA |
| 9 | 401K | 264,593.00 | 0.00 | | 0.00 | FA |
| 10 | Roth IRA | 3,233.00 | 0.00 | | 0.00 | FA |
| 11 | Roth IRA | 6,000.00 | 0.00 | | 0.00 | FA |
| 12 | 383 Common Stock awards w/ American Airlines | Unknown | 7,000.00 | | 0.00 | FA |
| 13 | 2011 Toyota Siena | 12,000.00 | 0.00 | | 0.00 | FA |
| 14 | 2004 Chrysler Sebring Convertible | 1,900.00 | 0.00 | | 0.00 | FA |
| 15 | Prudential Financial Group  (u) | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 16 | Wedding Ring  (u) | 14,000.00 | 14,000.00 | | 0.00 | FA |
| 16 | **Assets   Totals** (Excluding unknown values) | **$516,227.00** | **$33,000.00** | | **$6,935.10** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2016   **Current Projected Date Of Final Report (TFR):**   February 11, 2016  (Actual)

Printed: 04/14/2016 02:37 PM    V.13.25

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-81710  
**Case Name:** GILBERTSON, RITA C  

**Taxpayer ID #:** **-***2809  
**Period Ending:** 04/14/16  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0266 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/16/15 | {8} | Principal Life Insurance Co. | partial surrender proceeds re: #4289136 | 1129-000 | 6,935.10 | | 6,935.10 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,925.10 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.62 | 6,914.48 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,904.48 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,894.48 |
| 06/09/15 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/09/2015 FOR CASE #14-81710, BOND #016018067 | 2300-000 | | 8.72 | 6,885.76 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.57 | 6,875.19 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.21 | 6,864.98 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,854.98 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.51 | 6,844.47 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,834.47 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,824.47 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.79 | 6,813.68 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,803.68 |
| 03/22/16 | 102 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,417.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,417.50 | 5,386.18 |
| 03/22/16 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,443.51, Trustee Compensation; Reference: | 2100-000 | | 1,443.51 | 3,942.67 |
| 03/22/16 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $48.24, Trustee Expenses; Reference: | 2200-000 | | 48.24 | 3,894.43 |
| 03/22/16 | 105 | Discover Bank | Dividend paid 4.12% on $12,862.15; Claim# 1; Filed: $12,862.15; Reference: | 7100-000 | | 529.95 | 3,364.48 |
| 03/22/16 | 106 | Byron Bank | Dividend paid 4.12% on $81,657.19; Claim# 2; Filed: $81,657.19; Reference: | 7100-000 | | 3,364.48 | 0.00 |
| | | | ACCOUNT TOTALS | | 6,935.10 | 6,935.10 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 6,935.10 | 6,935.10 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,935.10** | **$6,935.10** | |

{} Asset reference(s)

Printed: 04/14/2016 02:37 PM   V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 14-81710 | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** GILBERTSON, RITA C | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******0266 - Checking Account |
| **Taxpayer ID #:** **-***2809 | **Blanket Bond:** $820,095.60 (per case limit) |
| **Period Ending:** 04/14/16 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 6,935.10 | | | | |
| | | Net Estate : | $6,935.10 | | | | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******0266** | 6,935.10 | 6,935.10 | 0.00 |
| | $6,935.10 | $6,935.10 | $0.00 |

{} Asset reference(s)

Printed: 04/14/2016 02:37 PM V.13.25